IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IOANA NAVARRETE PELLICER, Personal Representative of the Estate of JOSE CHAIR ZERMENO GARCIA, on behalf of his parents, ARMANDO ZERMENO ROSAS and VERONICA GARCIA-PEREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>NATHAN ANDERSON, deceased, CHRISTOPHER McELLIGOTT and other Omaha Police Department Officers not otherwise identified herein except as JOHN DOE, individually and in their respective capacities as officers of the Omaha, Nebraska Police Department, THOMAS WARREN individually and in his capacity as Police Chief of the Omaha, Nebraska Police Department, the CITY OF OMAHA, NEBRASKA POLICE DEPARTMENT and the CITY OF OMAHA, NEBRASKA,<br><br>        Defendants. | 8:06CV406<br><br>SCHEDULING ORDER |

Upon the reassignment of this case to District Judge Laurie Smith Camp and Magistrate Judge F. A. Gossett,

**IT IS ORDERED** that the parties are given an extension of time until and including **November 10, 2006** to file their Rule 26(f) planning report with the court.

**DATED October 23, 2006.**

                                        **BY THE COURT:**

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**