# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IOANA NAVARRETE PELLICER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:06CV406 |
| vs. | ) | |
| | ) | ORDER |
| NATHAN ANDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon review of the Answer [14] filed by defendant, Christopher McElligott,

**IT IS ORDERED** that the Clerk shall amend the caption to reflect the correct spelling of the defendant's name, i.e., "McElligott" instead of "McElligot."

**DATED October 23, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**